Joshua J. Robertson, Pro Se,
Inmate # 76205
El Dorado Correctional Facility
P.O. Box 311
El Dorado, Kansas 67042

RECEIVED
U.S. COURT OF APPEALS
10th CIRCUIT

DEC 28 PM 1:13

IN THE UNITED STATES COURTS OF APPEALS
    FOR THE TENTH CIRCUIT

JOSHUA J. ROBERTSON, Petitioner-Appellant

V.                                CASE No. 09-3345

RAYMOND ROBERTS, Warden,
El Dorado Correctional Facility ;
ATTORNEY GENERAL OF KANSAS, Respondents-Appellees.

MOTION FOR EXTENSION OF TIME
    TO FILE PRO SE BRIEF

COMES NOW, Joshua J. Robertson, the Appellant, Pro Se, and requests an Extension of time to File his Pro Se Brief in the above-Captioned case. In Support of this motion the Appellant States the Following:

1. Appellant was denied a Certificate of Appealability by the U.S. District Court of Kansas on the 17th day of December, 2009.
2. By Law the Appellant must be granted a Certificate of Appealability prior to Filing an Appeal.
3. Appellant is awaiting the decision of this Court regarding the "APPLICATION FOR CERTIFICATE OF APPEALABILITY" which he sent to this Court.
4. The Appellant brief is due 40 days from December 11, 2009.
5. The Appellant informs this Court that he is Filing this day a Freedom of Information Act Request pursuant to 5 U.S.C. 522 et seq seeking access to this Courts record so that he can properly File his Pro se brief based on this Courts record.

(Please turn this Page over)

PAGE ONE OF TWO

WHEREFORE, the Appellant, prays this Court to grant an Extension of time to file the Appellant's Pro se brief.

Respectfully Submitted,

Date: December 24, 2009

*Joshua J. Robertson*

## CERTIFICATE OF SERVICE

I hereby certify that I mailed the above-entitled motion to

Elisabeth A. Shumaker
Clerk of Court
United States Court of Appeals for the Tenth Circuit
1823 Stout Street
Denver, Colorado 80257

On this 24th day of December, 2009.

*Josh Robertson*

PAGE TWO OF TWO