JOSHUA J. ROBERTSON, Pro se
Inmate # 76205
El Dorado Correctional Facility
P.O. Box 311
El Dorado, Kansas 67042

2010 FEB 11 PM 1:22

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

JOSHUA JAMES ROBERTSON, Appellant

v.                                   CASE No. 09-3345

RAYMOND ROBERTS, Warden, El
Dorado Correctional Facility;
ATTORNEY GENERAL OF KANSAS

### MOTION FOR EXTENSION OF TIME TO FILE BRIEF
### AND
### MOTION FOR PERMISSION TO FILE A SUPPLEMENAL BRIEF AT A LATTER DATE

COMES Now, Joshua J. Robertson, the Appellant, Pro Se, and hereby moves the Court for Extension of time to file his brief and moves the Court for Permission to File a Supplemental brief at a later date. In Support of this motion the Appellant States:

1) As stated in Appellant's Motion For Examination of the Record there are two video tapes of Detective Herzet's interview with Joshua J. Robertson the First being Exhibit 3 which was entered into Butler County District Court on the 28 day of August, 2002, the Second being a EDITED version of Exhibit 3 which was marked as State's Exhibit 89 entered into Joshua J. Robertson's Jury Trial on the 13th day of September, 2002, and played for the Jury.

2) I hereby attach Judge Ward's Letter of January 6, 2010, in which Judge Ward wrote, "My court reporter Rianna Elmshaeuser has located the exhibit in the location where it should be here in the Judicial Center." Which proves this Exhibit was not provided to the Federal Courts in violation of Judge Crow's Order to Show Cause dated May 12, 2009.

(Please Turn this Page over)

PAGE ONE OF TWO

3) I attach a letter dated February 05, 2010, that I received from my mother Amy Robertson, which states that the scheduled date for copying Exhibit 3 will be Tuesday, February 9, 2010.

4) As the brief is due on February 19, 2010, Appellant is unable to properly brief this case with out being given time to review Exhibit 3.

5) However out of the abundance of caution the Appellant will be sending in his Pro Se brief as ordered for the February 19, 2010, deadline under duress with hope that this Court will allow him to file a supplemental brief based on the facts from Exhibit 3.

WHEREFORE the Appellant prays this Court grant this motion forthwith.

Dated: February 08, 2010

Sincerely,
Joshua J. Robertson

CERTIFICATE OF SERVICE

I, Joshua J. Robertson, hereby certifies that he mailed the above and foregoing motion useing Prepaid U.S. Mail to

Elisabeth A. Shumaker
Clerk of the Court
United States Court of Appeals for the Tenth Circuit
1823 Stout Street
Denver, Colorado 80257.

On this 08th day of February, 2010.

PAGE TWO OF TWO

DISTRICT COURT OF BUTLER COUNTY
13TH JUDICIAL DISTRICT OF KANSAS

MIKE WARD
District Judge
Butler County Judicial Center
201 W. Pine, 2nd Floor, Suite C
El Dorado, Kansas 67042

HELEN BOWLIN
Administrative Assistant
Phone: (316) 322-4360
Fax: (316) 322-4365

January 6, 2010

Joshua J. Robertson
Inmate # 76205
El Dorado Correctional Facility
P.O. Box 311
El Dorado, KS. 67042

RE:  Request for copy of videotape, State Exhibit 3
     *State of Kansas vs. Joshua Robertson*, 02 CR 104

Dear Mr. Robertson:

I have received your recent request for a copy of State Exhibit 3 (videotape of interview) from the trial in the above case. Your mother recently made a similar request. Her *Motion for Inspection* was filed in the district court file. Your letter was sent directly to me.

As you know, your state court direct appeal in the above criminal case and your post-conviction civil case (05 CV 219) are long since over. It is my understanding, however, that a case you filed in federal court (USDC Case No. 09-3077-SAC) is still pending. Our district court clerk's office has forwarded the files in the above two cases to the Kansas Attorney General's office to be transmitted to Judge Crow's office.

With regard to your particular request, I see no reason to deny the same. My court reporter Rianna Elmshaeuser has located the exhibit in the location where it should be here in the judicial center. If your mother pays the expense of copying this VHS tape, as far as I am concerned it may be provided to her. However, before making a final determination with respect to your request, I am sending a copy of this letter as well as a copy of your letter to Kristafer Ailslieger of the Kansas Attorney General's office and also to the Butler County Attorney's office to give those offices an opportunity to voice any objections they may have.

      Absent a written objection from one or the other of those offices on or before Friday, January 29, 2010, this letter will serve as an order that my court reporter should retrieve State Exhibit 3 from evidence on or after Friday, February 5, 2010, for the sole purpose of providing it to Captain Adam Spickler of the Butler County Sheriff's Department for its prompt copying. Captain Spickler should then return the exhibit forthwith to Rianna Elmshaeuser so that it may be placed back into evidence storage.

      Sincerely,

      Mike Ward, District Judge

*Original* of this letter to District Court file 02 CR 104
*File-stamped copies* to Joshua Robertson, Jan Satterfield, Kristafer Ailslieger, Captain Adam Spickler and Rianna Elmshaeuser

February 5, 2010

Dear Joshua,

This is the information that I was given today by Captain Adam Spickler, and Rianna, Judge Mike Ward's court reporter.

The VHS copy of Exhibit 3 will cost $25.00. Rianna is writing a letter to inform us that she scheduled the copying of this Exhibit for Tuesday, February 9th. I should be able to pick it up on Wednesday, February 10th. Please remember that Monday, February 16th is a governmental holiday, so the United States Post Office will be closed.

Do not panic. Keep your focus. You need to keep your focus on Jesus. I know that this situation is extremely critical. I will bear with you. With respect to transcribing this VHS tape, my friend's daughter is not going to be able to do it. Rianna claims that the Butler County Sheriff's Department hires other people to do that. Rianna claims that she cannot transcribe it. She only transcribes for the judge while in court.

Father God is in control. Joshua, please pay attention!!! Yesterday morning, the Lord Jesus Christ woke me up at 3:00 a.m. I asked Him to show me in His word the foundational answer that you needed to resolve this situation. He led me to Levitius 19 : 17 - 18. In the Narrated Bible it states, "Do not hate your brother in your heart. Rebuke your neighbor frankly so you will not share in his guilt. Do not seek revenge or bear a grudge against one of your people, but love your neighbor as yourself. I am the Lord." This is the second law of love.

You research these verses just like you researched the laws, so you can discover the most valuable insight you need to form your brief. You must know that all "firsts" belong to Father God. This definitely means that my first born son belongs to Father God for His perfect purpose and plan. He will not let you down. Please put that Strong's Concordance to good use this weekend while you are waiting patiently. The Word of God will strengthen and energize you for the days ahead. Keep your focus. I will be praying. Father God will see you through.

The principality and spiritual wickedness in high places that has come against you, Kaleb, and myself has been the "lying tongue." We must stand against the lying tongue. Please research Proverbs 26 : 28 (a). Do not become distracted, or lose sight of God the Father, Jesus Christ the Son, and the Holy Spirit. Do not allow these circumstances to <u>rob</u> you of your joy and peace in the Lord Jesus Christ. Remember that you are standing in this fight for other precious souls.

With all my love and prayers throughout these final days before victory comes your way.

*Mom*

Mom OOO XXX

"Frankly → "openly"
"candid"  "impartial"
"pure"

I love you, Joshua!