**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**February 12, 2010**

**Elisabeth A. Shumaker**
**Clerk of Court**

JOSHUA J. ROBERTSON,

      Petitioner – Appellant,

v.

No. 09-3345

RAYMOND ROBERTS, Warden, El
Dorado Correctional Facility;
ATTORNEY GENERAL OF
KANSAS,

      Respondents – Appellees.

**ORDER**

Before **KELLY** and **GORSUCH,** Circuit Judges.

This matter is before the court on appellant's "Motion for Extension of
Time to File Brief," and "Motion for Permission to File a Supplemental Brief at a
Latter Date."

Appellant's motion to file a supplemental brief is denied.  However,
appellant is granted an extension of time, to and including March 19, 2010, in
which to file his appellate brief, addressing all of his issues for this appeal.

Appellant is advised that his brief for this appeal must be filed on or before

**March 19, 2010.**  No further extensions of time will be granted.   This appeal will

be subject to dismissal for lack of prosecution if the brief is not filed by March

19, 2010.

An additional form for appellant's use in preparing his brief is being

provided with this order.


Entered for the Court
ELISABETH SHUMAKER, Clerk of Court


by:

Christine Van Coney
Counsel to the Clerk

2