**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | February 12, 2010 | Douglas E. Cressler<br>Chief Deputy Clerk |

Mr. Joshua J. Robertson
El Dorado Correctional Facility
P.O. Box 311
El Dorado, KS 67042
#76205

**RE:     09-3345, Robertson v. Roberts, et al**
        Dist/Ag docket: 5:09-CV-03077-KHV

Dear Mr. Robertson:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

                                            Sincerely,

                                            *Elisabeth A. Shumaker*

                                            Elisabeth A. Shumaker
                                            Clerk of the Court

cc:     Kristafer R. Ailslieger

EAS/ng
Enclosure